IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**UNITED STATES OF AMERICA,**
       **Plaintiff,**

                 Civil No. 1:10-CV-1258

  v.                (LEK/RFT)

1. All funds on deposit in Citizens Bank Account #: XXXXX4301;
2. All funds on deposit in Citizens Bank Account #: XXXXX8600; and
3. All funds on deposit in Citizens Bank Account #: XXXXX8651;

          **Defendant.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JUDGMENT IN A CIVIL CASE

**WHEREAS**, by virtue of the Order Directing Entry of an Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on __February 07, 2011__, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the *defendant financial accounts* are hereby forfeited to the United States of America to be disposed of in accordance with law.

 February 07, 2011           Lawrence K. Baerman
**Date**                      **Clerk**

                       (By) Deputy Clerk
                       Scott A. Snyder